U.S. Bank N.A. v Sommers (2024 NY Slip Op 06499)

U.S. Bank N.A. v Sommers

2024 NY Slip Op 06499

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

931 CA 24-00197

[*1]U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, PLAINTIFF-APPELLANT,
v
FRANCIS X. SOMMERS, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. 

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC, WESTBURY (JOSEPH F. BATTISTA OF COUNSEL), FOR PLAINTIFF-APPELLANT. 

 Appeal from an order of the Supreme Court, Onondaga County (Gerard J. Neri, J.), dated March 16, 2023. The order, inter alia, denied the motion of plaintiff to vacate a conditional order and judgment of dismissal. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court